FILED

2012 JUL -6 PM 2: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| REO SEASTONE, LLP, | ) | No. CV 12-05549-UA (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER SUMMARILY REMANDING |
| | ) | IMPROPERLY-REMOVED ACTION |
| v. | ) | |
| | ) | |
| CECIL SHARP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court will remand this "Complaint for Unlawful Detainer" [damages: less than $10,000.00], Case No. 12 Q00643, to state court summarily because Defendant removed it improperly.

On June 26, 2012, Defendant Cecil Sharp, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendant does not

competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper.  28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005).  Even if complete diversity of citizenship exists, the amount in controversy does not exceed the diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the contrary, the unlawful-detainer complaint recites that the amount in controversy does not exceed $10,000.

Nor does Plaintiff's unlawful detainer action raise any federal legal question.  *See* 28 U.S.C. §§ 1331, 1441(b).

Accordingly, **IT IS ORDERED** that (1) this matter be **REMANDED** to the Superior Court of California, Los Angeles County, Compton Courthouse, 200 West Compton Blvd., Compton, California 90220 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: _____7/5/12_____        _____
                              HONORABLE AUDREY B. COLLINS
                              CHIEF UNITED STATES DISTRICT JUDGE